UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAWRENCE,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:19-cv-00302-LJO-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 16) |

On August 28, 2019, Plaintiff, Robert Lawrence, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 16.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **August 29, 2019**        /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE